**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" (5) |
| ---------------------------------------------------------- | : | |
| | : | JUDGE MILAZZO |
| THIS DOCUMENT RELATES TO: | : | MAG. JUDGE NORTH |
| | : | |
| *Cases Listed in Exhibit A* | : | |

**NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH**
**PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have

appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its

own costs, on Plaintiff's averment of the basis for dismissal as follows:

**YOU MUST CHECK ALL THAT APPLY**

☐   Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐   Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☒   Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims

pursuant to Federal Rule of Civil Procedure 60(b). This Stipulation applies to all cases identified

in Exhibit A.

Dated: March 20, 2025

Respectfully submitted,
*/s/ Karen Barth Menzies*
Karen Barth Menzies (*pro hac vice*)
Cal. Bar No. 180234
6701 Center Drive West, 14th Floor
Los Angeles, CA 90045
Tel: (510) 350-9240
Fax: (510) 350-9701
Email: kbm@classlawgroup.com

Eric H. Gibbs
Amy M. Zeman
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: (510) 350-9700
Fax: (510) 350-9701
ehg@classlawgroup.com
amz@classlawgroup.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 20, 2025 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Karen Barth Menzies*
Karen Barth Menzies

# EXHIBIT A

| Case Caption | Case Number |
|---|---|
| AIELLO v. Sanofi U.S. Services Inc. et al | 2:18-cv-01849 |
| ALBERTINI v. Sanofi US Services Inc. et al | 2:17-cv-12453 |
| ARCHIE JONES v. Sanofi US Services Inc. et al | 2:18-cv-09486 |
| AROCHO v. Sanofi S.A. et al | 2:17-cv-09699 |
| BAIER v. Sanofi US Services Inc. et al | 2:18-cv-09473 |
| BARRON v. Sanofi US Services Inc. et al | 2:17-cv-12399 |
| BEACH v. Sanofi S.A. et al | 2:17-cv-10713 |
| BERNARDIN v. Sanofi US Services Inc. et al | 2:18-cv-01852 |
| BINGHAM v. Sanofi S.A. et al | 2:17-cv-09994 |
| BREYARE v. Sanofi US Services Inc. et al | 2:18-cv-08249 |
| BROOKS v. Sanofi S.A. et al | 2:17-cv-11524 |
| BROWN v. Sanofi US Services Inc. et al | 2:18-cv-01316 |
| BUCHANAN v. Sanofi US Services Inc. et al | 2:18-cv-10032 |
| BURRUEL v. Sanofi S.A. et al | 2:17-cv-11410 |
| BURTON v. Sanofi S.A. et al | 2:17-cv-07733 |
| CARY v. Sanofi S.A. et al | 2:17-cv-10776 |
| CASAS v. Sanofi S.A. et al | 2:17-cv-11114 |
| CAVAZOS v. Sanofi US Services Inc. et al | 2:17-cv-12543 |
| CHEEK v. Sanofi US Services Inc. et al | 2:18-cv-09131 |
| CHENEY v. Sanofi US Services Inc. et al | 2:17-cv-13904 |
| CLIFTON v. Sanofi US Services Inc. et al | 2:18-cv-08452 |
| CONNELLY v. Sanofi S.A. et al | 2:17-cv-11605 |
| CONNER v. Sanofi S.A. et al | 2:17-cv-09151 |
| COWHERD v. Sanofi S.A. et al | 2:17-cv-11308 |
| CRAFT v. Sanofi US Services Inc. et al | 2:17-cv-12541 |
| CRUCE v. Sanofi S.A. et al | 2:17-cv-10794 |
| DANIELS v. Sanofi US Services Inc. et al | 2:18-cv-09907 |
| DESROSIERS v. Sanofi US Services Inc. et al | 2:18-cv-08261 |
| DIAS v. Sanofi US Services Inc. et al | 2:17-cv-12396 |
| DICKSON v. Sanofi US Services Inc. et al | 2:17-cv-12500 |
| DONNELL v. Sanofi S.A. et al | 2:17-cv-08016 |
| DREW v. Sanofi S.A. et al | 2:17-cv-06345 |
| DUNNELL v. Sanofi US Services Inc. et al | 2:19-cv-09787 |
| EATMON v. Sanofi US Services Inc. et al | 2:18-cv-09327 |
| EGAN v. Sanofi US Services Inc. et al | 2:17-cv-12726 |
| EURE v. Sanofi US Services Inc. et al | 2:18-cv-09065 |
| FIGUEROA v. Sanofi US Services Inc. et al | 2:18-cv-08097 |
| FINLEY v. Sanofi US Services Inc. et al | 2:18-cv-06871 |
| FOWLER v. Sanofi S.A. et al | 2:16-cv-17938 |
| GRIFFIN v. Sanofi S.A. et al | 2:17-cv-10465 |
| GRIFFITH v. Sanofi S.A. et al | 2:17-cv-07174 |
| GUTIERREZ v. Sanofi S.A. et al | 2:17-cv-10471 |
| GUZMAN v. Sanofi S.A. et al | 2:17-cv-11509 |
| HARDING v. Sanofi US Services Inc. et al | 2:18-cv-06717 |
| HENDERSON v. Sanofi S.A. et al | 2:17-cv-11739 |
| HIGHT v. Sanofi-Aventis U.S. LLC et al | 2:18-cv-01854 |

| HILL v. Sanofi S.A. et al | 2:17-cv-10640 |
|---|---|
| HOLLOWAY v. Sanofi S.A. et al | 2:17-cv-11519 |
| HOOD v. Sanofi US Services Inc. et al | 2:18-cv-08812 |
| HOUSTON v. Sanofi S.A. et al | 2:17-cv-11710 |
| HOYT v. Hospira Worldwide, LLC et al. | 2:18-cv-02667 |
| JENKINS v. Sanofi S.A. et al | 2:17-cv-10467 |
| JENNINGS v. Sanofi US Services Inc. et al | 2:18-cv-01318 |
| JOHNSON v. Sanofi US Services Inc. et al | 2:18-cv-09287 |
| JOHNSON v. Sanofi S.A. et al | 2:17-cv-05833 |
| JOHNSON v. Sanofi US Services Inc. et al | 2:17-cv-13914 |
| JOLLEY v. Sanofi US Services Inc. et al | 2:18-cv-07486 |
| JONES v. Sanofi US Services Inc. et al | 2:18-cv-02861 |
| JONES v. Sanofi S.A. et al | 2:16-cv-17969 |
| JONES v. Sanofi S.A. et al | 2:17-cv-09804 |
| KELLA v. Sanofi Sanofi S.A. et al | 2:17-cv-09577 |
| KNOWLES v. Sanofi US Services Inc. et al | 2:18-cv-00752 |
| KOSTEWA v. Sanofi US.A. et al | 2:17-cv-08807 |
| KROSSA v. Sanofi US Services Inc. et al | 2:17-cv-12395 |
| LANIER v. Sanofi US Services Inc. et al | 2:18-cv-09136 |
| LAVEY v. Sanofi US Services Inc. et al | 2:18-cv-09926 |
| LEONHARDT v. Sanofi S.A. et al | 2:17-cv-10459 |
| LEROY v. Sanofi US Services Inc. et al | 2:19-cv-11174 |
| LEWIS v. Sanofi S.A. et al. | 2:17-cv-08678 |
| LIMBOCKER v. Sanofi US Services Inc. et al | 2:17-cv-13003 |
| LOVE v. Sanofi S.A. et al | 2:17-cv-07496 |
| MARCZYNSKI v. Sanofi US Services Inc. et al | 2:18-cv-09019 |
| MARLOW v. Sanofi US Services Inc. et al | 2:17-cv-12477 |
| MARSH v. Sanofi S.A. et al | 2:17-cv-10141 |
| MAY v. Sanofi US Services Inc. et al | 2:18-cv-12228 |
| MCDOWELL v. Sanofi US Services Inc. et al | 2:18-cv-07880 |
| MCKINZE v. Sanofi S.A. et al | 2:17-cv-12172 |
| MCMILLAN v. Sanofi S.A. et al | 2:17-cv-07758 |
| MEDRANO v. Sanofi S.A. et al | 2:17-cv-10888 |
| MERRITT v. Sanofi US Services Inc. et al | 2:17-cv-16866 |
| MILES v. Sanofi US Services Inc. et al | 2:17-cv-12545 |
| MONTOYA v. Sanofi S.A. et al | 2:17-cv-10774 |
| MOODY v. Sanofi S.A. et al | 2:17-cv-11108 |
| MUNGO v. Sanofi US Services Inc. et al | 2:18-cv-11662 |
| NATHAN v. Sanofi US Services Inc. et al | 2:18-cv-03251 |
| NICHOLS v. Sanofi US Services Inc. et al | 2:18-cv-00841 |
| OLDS v. Sanofi US Services Inc. et al | 2:17-cv-13874 |
| OLEKSY v. Sanofi US Services Inc. et al | 2:18-cv-05063 |
| ORTIZ v. Sanofi US Services Inc. et al | 2:17-cv-14101 |
| PARENT v. Sanofi US Services Inc. et al | 2:17-cv-13585 |
| PARKER v. Sanofi S.A. et al | 2:17-cv-12175 |
| PETRY v. Sanofi S.A. et al | 2:17-cv-10270 |
| PICKENS v. Sanofi S.A. et al | 2:17-cv-05898 |

| POLLOCK v. Sanofi US Services Inc. et al | 2:18-cv-09501 |
|---|---|
| PUGLIESE v. Sanofi S.A. et al | 2:17-cv-10827 |
| QUERCETTI v. Sanofi S.A. et al | 2:17-cv-09768 |
| RAGONE v. Sanofi S.A. et al | 2:17-cv-11167 |
| RAMDASS v. Sanofi US Services Inc. et al | 2:18-cv-11387 |
| REYNOSA v. Sanofi US Services Inc. et al | 2:17-cv-12385 |
| RICHARDS v. Sanofi S.A. et al | 2:17-cv-10528 |
| ROBERTS v. Sanofi US Services Inc. et al | 2:17-cv-17729 |
| ROSS v. Sanofi S.A. et al | 2:17-cv-11522 |
| ROY v. Sanofi US Services Inc. et al | 2:18-cv-08819 |
| SANTISI v. Sanofi US Services Inc. et al | 2:17-cv-12659 |
| SCHICK v. Sanofi S.A. et al | 2:17-cv-10775 |
| SELDEN v. Sanofi S.A. et al | 2:17-cv-10620 |
| SHANNON v. Sanofi S.A. et al | 2:17-cv-10155 |
| SIMPSON v. Sanofi S.A. et al | 2:17-cv-07689 |
| SKAGGS v. Sanofi S.A. et al | 2:17-cv-10870 |
| SMITH v. Sanofi S.A. et al | 2:17-cv-09904 |
| SPEARS v. Sanofi S.A. et al | 2:17-cv-10079 |
| SPELLS v. Sanofi S.A. et al | 2:17-cv-10872 |
| STADTHER v. Sanofi S.A. et al. | 2:17-cv-10179 |
| STARKEY v. Sanofi US Services Inc. et al | 2:17-cv-12389 |
| STERLING v. Sanofi S.A. et al | 2:17-cv-10681 |
| STUEWE v. Sanofi S.A. et al | 2:17-cv-05583 |
| THORNE v. Sanofi S.A. et al | 2:17-cv-12051 |
| TURKALY v. Sanofi S.A. et al | 2:17-cv-07078 |
| TURLEY v. Sanofi US Services Inc. et al | 2:17-cv-12621 |
| URQUHART v. Sanofi S.A. et al | 2:17-cv-07951 |
| VANDERFORD v. Sanofi S.A. et al | 2:17-cv-10132 |
| WALDRON v. Sanofi US Services Inc. et al | 2:18-cv-09021 |
| WALKER v. Sanofi S.A. et al | 2:17-cv-11572 |
| WARGO v. Sanofi S.A. et al | 2:17-cv-10961 |
| WASHINGTON v. Sanofi S.A. et al | 2:17-cv-10088 |
| WOODARD v. Sanofi US Services Inc. et al | 2:17-cv-12457 |
| ZIMMER v. Sanofi S.A. LLC et al | 2:16-cv-16733 |